**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

JAN 27 2025

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 24-4753 |
| Plaintiff - Appellee, | D.C. No. 4:21-cr-06042-MKD-12 |
| v. | |
| AMAR F. ABDUL-SALAM, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Eastern District of Washington
Mary K. Dimke, District Judge, Presiding

Submitted January 22, 2025**

Before:    CLIFTON, CALLAHAN, and BENNETT, Circuit Judges.

Amar F. Abdul-Salam appeals from the district court's judgment and

challenges his guilty-plea conviction and sentence of 12 months and 1 day for

multiple counts of mail fraud, wire fraud, and conspiracy, in violation of 18 U.S.C.

§§ 1341, 1343, 1347, and 1349.

---

\*      This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Abdul-Salam's counsel filed a brief under *Anders v. California*, 386 U.S. 738 (1967), stating that there are no non-frivolous arguments for appeal. Abdul-Salam has not filed a pro se supplemental brief.

In the plea agreement, Abdul-Salam waived the right to appeal the conviction. We dismiss the appeal as to the conviction because we find no non-frivolous issues as to whether the appeal waiver is enforceable as to the conviction. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009).

The waiver does not bar Abdul-Salam's appeal of his sentence because the district court applied Guidelines adjustments to which Abdul-Salam did not agree. However, our independent review of the record, *see Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no non-frivolous arguments to be made on direct appeal with respect to the sentence.

Counsel's motion to withdraw is granted.

**DISMISSED in part; AFFIRMED in part.**